HORATIO AND JOHN W. EASBY.
*vs.*
AGNES MARIA EASBY.

APPEAL FROM THE ORPHANS' COURT.

AT LAW.   DECIDED JUNE 13, 1856.

An executor could renounce as such, and be relieved from his right as executor after acting responsibility.

Messrs. WEBB and CARLISLE for the appellant.

Mr. J. H. BRADLEY for the appellee.

This was an appeal from the Orphans' Court, growing out of the will of William Easby.

Among the questions decided by Judge Purcell was that the widow of Wm. Easby and executrix, associated with others as executors of her husband's will, could join in letters testamentary with the executors, and after acting with them for several months renounce her right as executrix and be released from her responsibility as such.

The Circuit Court affirmed above decision.